IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARZUQ AL-HAKIM,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2423

Opinion filed July 3, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Marzuq Al-Hakim, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.